UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ROJO, | No. C 08-1284 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN MARSHALL, warden; et al., | |
| Defendants. | |

James E. Rojo filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the California Men's Colony in San Luis Obispo, California. That facility is in San Luis Obispo County, and that county is within the venue of the Central District of California. Most defendants apparently are employed at the California Men's Colony and apparently reside in the Central District of California. no acts or omissions occurred in the Northern District and no defendants reside here. Venue therefore properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter. This court has not ruled on any of the pending motions.

IT IS SO ORDERED.

DATED: July 22, 2008

Marilyn Hall Patel
United States District Judge